In the Matter of FLEETWOOD BANK.

FLEETWOOD BANK et al., Appellants; HENRY E. STOHLDREIER et al., Respondents.

Submitted July 23, 1940; decided October 1, 1940.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 157.)